STATE v. BRIGHT

No. 329P97

Case below: Mecklenburg County Superior Court

Petition by Attorney General for writ of certiorari to review superior court order is allowed 7 May 1998 for the limited purpose of entering an order vacating the trial court's order pursuant to *State v. Rorie*, 348 N.C. 226, —— S.E.2d —— (1998).

STATE v. CLARK

No. 29P98

Case below: 128 N.C.App. 87

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 May 1998.

STATE v. CREECH

No. 120P98

Case below: 128 N.C.App. 592

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.